JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MICHELLE MARIE HERRERA,  } No. 5:19-cv-00942-JDE
    Plaintiff,  }
           v.  } JUDGMENT OF REMAND
ANDREW SAUL, Commissioner of  }
Social Security,  }
    Defendant.  }
_____  }

    Pursuant to the Order of Remand based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Dkt. 15, "Stipulation of Remand") and for good cause shown,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: October 15, 2019

_____
JOHN D. EARLY
United States Magistrate Judge